Albert GIBSON et al., Appellants,

v.

E. A. SCOTT et al., Appellees.

Court of Appeals of Kentucky.

Feb. 25, 1955.

Paul Carter, Tompkinsville, Sam A. Cary & John S. Cary, Burkesville, for appellants.

928

Harlan E. Judd, Burkesville, for appellees.

PER CURIAM.

We are affirming the judgment in this case which denied the appellants' claim for $1,200 against the appellees for the alleged wrongful removal of timber, because there was sufficient evidence to support the lower court's findings and judgment.

The motion for an appeal is overruled and the judgment is affirmed.